UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00146-1BO
NO. 5:14-CR-00146-2BO
NO. 5:14-CR-00146-3BO

FILED IN OPEN COURT
ON __12/18/2014__ ⓌⒹ
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA,          :
                                   :
          v.                       :
                                   :          ORDER
PABLO ESCOBAR-MARTINEZ             :
COSME RAMOS-HERNANDEZ              :
MOISES AGUILAR-ACOSTA              :

Based on the information and recommendations presented in the Pre-Sentence Report in this matter, as well as arguments of counsel, IT IS HEREBY ORDERED that all currency seized as evidence in this matter and in the custody of the Wilson County Sheriff's Office be turned over to the United States Clerk's Office for the Eastern District of North Carolina to be applied to any outstanding amount of restitution.

This the 18 day of December, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE